UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARMONDO HERNANDEZ GONZALEZ,<br><br>                    Petitioner,<br><br>        v.<br><br>DON HOLBROOK,<br><br>                    Respondent. | No.   1:14-CV-3108-SMJ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge Hutton's November 17, 2014 Report and Recommendation, ECF No. 11, recommending that the Petition for Writ of Habeas Corpus be denied. No objections have been filed.

After reviewing the Report and Recommendation and relevant authorities, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety and dismisses this action with prejudice.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The Report and Recommendation, **ECF No. 11**, is **ADOPTED** in its entirety.

ORDER **-** 1

2.  Petitioner's Petition for Writ of Habeas Corpus, **ECF No. 6**, is **DENIED** and all claims are **DISMISSED WITH PREJUDICE**.

3.  All hearings and other deadlines are **STRICKEN**.

4.  This file shall be **CLOSED and JUDGMENT** shall be **ENTERED** for the Respondent.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, to Petitioner at his last known address, and to Magistrate Judge Hutton.

**DATED** this 5th day of December 2014.

_____
SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Civil\2014\Gonzalez v. Holbrook-3108\adopt.rr.lc1.docx

ORDER **-** 2