AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ARMONDO HERNANDEZ GONZALEZ,

    *Plaintiff*

v.

DON HOLBROOK,

    *Defendant*

Civil Action No. 1:14-CV-3108-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Petitioner's Petition for Writ of Habeas Corpus is DENIED and all claims are DISMISSED WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: December 8, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
    *(By) Deputy Clerk*
Virginia Reisenauer